

**ORDERED in the Southern District of Florida on January 5, 2023.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Case No. 16-10389-AJC
Liza Hazan  Chapter 11
 Adversary Proceeding No.
 U.S. District Court Case No. 22-cv-24116-JEM

_____Debtor_____/

 Plaintiff,
vs.

_____Defendant_____/

**ORDER DISMISSING BANKRUPTCY APPEAL**

A Notice of Appeal was filed on __12/19/2022__, by __Chris Kosachuk__

appealing an order entitled [ECF No.1375] Notice of Transmittal of PDF Document to BNC for Noticing (Re: 766 Order Granting Motion To Reopen Case to Approve Final Report, and Enter Discharge to Reorganized Debtor (Re: 713), (Re: 757),(Re: 763); and [ECF No.1376] Final Decree

(rev. 10/16/19)

A review of the record indicates that:

[ ]     The appeal was filed after the time specified in Bankruptcy Rule 8002. [See also Local Rule 8002-1(A).]

[✓]     Appellant failed to timely file the designation of the items for the record or its statement of the issues as required by Bankruptcy Rule 8009. [See also Local Rule 8009-1(A).]

[ ]     A "Notice of Deficiency Related to Filing an Appeal" was provided by the Clerk to the appellant indicating that the filing fee required by Bankruptcy Rule 8003(a)(3)(c) has not been remitted and the appellant has not timely remedied this deficiency. [See also Local Rule 8003-1.]

Accordingly, it is

**ORDERED** that this appeal is DISMISSED as authorized and directed by Local Rule 87.4(c) of the U.S. District Court.

**###**

**The Clerk shall provide a copy of this order to:**
All parties to the appeal
Office of the U.S. Trustee
U.S. District Court – Southern District of Florida

(rev. 10/16/19)